IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

LUIS ANGEL PAGAN,

      Appellant,

v.

            Case No.  5D22-1158
            LT Case No. 2017-CF-1308

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed July 5, 2022

3.850 Appeal from the Circuit Court
for Osceola County,
Tom Young, Judge.

Brett McIntosh and Kevin M. Griffith,
of Brett McIntosh P.A., Sarasota, for
Appellant.

No Appearance for Appellee.


PER CURIAM.


      AFFIRMED.


LAMBERT, C.J., EDWARDS and NARDELLA, JJ., concur.